UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HAMAD, et al.,<br><br>　　　　　Defendants. | No.  2: 14-cv-0044 TLN KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  On April 28, 2014, the Honorable Troy L. Nunley denied plaintiff's application to proceed in forma pauperis and directed plaintiff to pay the filing fee within 28 days. (ECF No. 15.)  Plaintiff appealed Judge Nunley's order to the Ninth Circuit Court of Appeals. (ECF No. 16.)  On June 13, 2014, the Ninth Circuit dismissed plaintiff's appeal.  (ECF No. 18.)

Accordingly, IT IS HEREBY ORDERED that plaintiff is granted thirty days from the date of this order to pay the filing fee; failure to pay the filing fee will result in a recommendation of dismissal of this action.

Dated:  June 19, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

will44.ord

1