UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE WILLIAMS,<br><br>                    Plaintiff,<br><br>       v.<br><br>HAMAD, et al.,<br><br>                    Defendants. | No.  2:14-cv-0044 TLN KJN P<br><br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  On August 20, 2014, the court granted plaintiff twenty-one days to pay the filing fee.  (ECF N0. 21.)  In this order, the court warned plaintiff that failure to pay the filing fee would result in dismissal of this action.  (Id.)  Twenty-one days passed and plaintiff failed to pay the filing fee or otherwise respond to the August 20, 2014 order.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District

1

1 | Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

2 | Dated:  September 17, 2014

4 | Will44.dis

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE